UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEYNN GIBSON and TYRESE GIBSON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DISTRICT COURT,<br>etc., *et al.*,<br><br>    Defendant, | 2:10-cv-2109-GMN-RJJ<br><br>O R D E R |

This matter is before the Court on an Application to Proceed in District Court Without Prepaying Fees or Costs (#1).

The Court having reviewed the Application (#1) and the proposed complaint attached thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for January 11, 2011, at 1:30 PM in courtroom3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiffs, Leynn Gibson and Tyrese Gibson, are required to appear in Court for this hearing. Plaintiffs are advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiffs by certified mail, return receipt requested.

DATED this  20th  day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge